Eugene A. Rudiger and Another, Plaintiffs, v. James S. Coleman and

Others, Defendants.— Motions denied. In our opinion leave to appeal to the Court of Appeals is unnecessary. Present — Jenks, P. J., Burr, Thomas, Woodward and Pich, JJ.